UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PONGPIT RAKWICHIAN,<br><br>               Petitioner,<br><br>   v.<br><br>JEH JOHNSON, et al.,<br><br>               Respondents. | CASE NO. C15-1941-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation;

    2.    Respondents' motion to dismiss (Dkt. 4) is GRANTED;

    3.    Petitioner's habeas petition (Dkt. 1) is DENIED as moot, and this action is DISMISSED without prejudice; and

    4.    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 28th day of March, 2016.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL
PAGE - 1